## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, <u>personal identifying information in Court filings must be limited as follows</u>:

- Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

- Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

- Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Gina Rucker Ray

_(In the space above enter the full name(s) of the plaintiff(s).)_

REC'D JUN 26

- against -

PHH Mortgage
Newrez Loan Servicing

**COMPLAINT**

Jury Trial: ☐ Yes  ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.     Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name               Gina Rucke Ray
             Street Address     5715 N. 13th ST
             County, City       Philadelphia
             State & Zip Code   Pa. 19141
             Telephone Number   215-432-2815

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **PHH/Newrez Mortgage**
Street Address **1 Mortgage Way**
County, City **Mount Laurel**
State & Zip Code **New Jersey 08054**

Defendant No. 2
Name
Street Address
County, City
State & Zip Code

Defendant No. 3
Name
Street Address
County, City
State & Zip Code

Defendant No. 4
Name
Street Address
County, City
State & Zip Code

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [✓] Federal Questions      [ ] Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **15 USC 1666d Credit billing Act**
**15 USC 1692 FDCPA**
**PASC 13-3603/3311 - UCC 3-603/3-311**

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.   Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _____

B.  What date and approximate time did the events giving rise to your claim(s) occur? _____

[What happened to you?]

C.  Facts: Company is in direct violation of the FCBA & FDCPA with the violation of the Treatment of credit balances and False and misleading Representation under the FDCPA. Company gave threats to foreclose on my home without a legit lein present.

[Who did what?]

Company credited the tender of payment issued then reversed the payment. In addition the company willfully gave inaccurate information about the processing of payment tendered under State law and Federal law PASC 13-3603 UCC 3-603.

[Was anyone else involved?]

Company also willfully gave non disclosure in regards to the agreement as well as the nature of the obligation.

[Who else saw what happened?]

Rev. 10/2009                    - 3 -

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Damage to the reputation and Consumer Report. Deciving nature of investment opertunities. Pain and Suffering, harrasment and abuse. Violation of verbal cease and desist

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Seeking full balance of the account held due to the use of my Financial Information as an investor. used to create the account. In addition monetary compensation for all violatouns commited under the FCBA & FDCPA. Company must produce deed to property as they are not an actual lein holder.

Also seeking additional compensation for the damage done to my consumer reports.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of June, 20 23.

Signature of Plaintiff  Gina Rucker Ray
Mailing Address  5715 N. 13th ST
Philadelphia, Pa 19141

Telephone Number  215-432-2815
Fax Number *(if you have one)*
E-mail Address  ginaray5715@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

Rev. 10/2009

- 5 -