IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA RUCKER RAY | : CIVIL ACTION |
| | : |
| v. | : NO. 23-2440 |
| | : |
| PHH MORTGAGE CORPORATION | : |

## ORDER

**AND NOW**, this 17th day of August 2023, after failing to appear at the July 31, 2023 case management conference under our July 12, 2023 Order (ECF No. 10), Plaintiff has further failed to timely respond to our July 31, 2023 Order (ECF No. 16) allowing her an opportunity to show cause why this matter should not be dismissed, and finding good cause given Plaintiff's failure to prosecute this matter and comply with Court Orders, it is **ORDERED** this matter is **DISMISSED without prejudice** and the Clerk of Court shall **CLOSE** this case.

KEARNEY, J.